```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ELIZABETH DEGROOT, (ATTORNEY IN     )
FACT FOR) ROGER DEGROOT,            )  Civil Action
                                    )
            Plaintiff               )  No. 02-CV-3577
                                    )
       vs.                          )
                                    )
METROPOLITAN LIFE INSURANCE         )
COMPANY; LUCENT TECHNOLOGIES, INC., )
                                    )
            Defendants              )
```

<u>REFERRAL ORDER FOR SETTLEMENT CONFERENCE</u>

NOW, this 21ST day of January, 2003,

<u>IT IS ORDERED</u> that the within matter is referred to United States Magistrate Arnold C. Rapoport to schedule and conduct a settlement conference.

BY THE COURT:

James Knoll Gardner
United States District Judge