**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| Teri L. Lefkowith | Teri L. Lefkowith |
|---|---|
| Court Recorder | Deputy Clerk |

```
ELIZABETH DEGROOT, (ATTORNEY     :    DONALD P. RUSSO, ESQ.
IN FACT FOR) ROGER DEGROOT      :
                Plaintiff        :
       vs.                       :     CV   NO.  02-3577
                                 :
METROPOLITAN LIFE INSURANCE      :    DANIEL E. WILLE, ESQ.
COMPANY,                         :
LUCENT TECHNOLOGIES, INC.        :
                Defendant        :
```

**MINUTE SHEET**

BEFORE JUDGE James Knoll Gardner    DATE 2/24/03   TIME 10:00 a.m.
**CIVIL NON-JURY TRIAL**
_____Day 1_____

Hearing on Defendant's Motion for Summary Judgment in Philadelphia, PA


Daniel Wille, Esq. For Defendant argues motion for summary judgment.
Donald Russo, Esq. For Plaintiff responds.
Court grants defendant's motion for summary judgment

Court dismisses Plaintiff's complaint.

Case does not proceed to trial.



        Court adjourned at 6:00 P.M.   To reconvene _____ a.m. in Allentown, PA.


IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.
    SPEEDY TRIAL ACT DELAY CODE( )      [ ] The Court deems this case "UNTRIABLE"
Civ. 16 (8/80)