IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ELIZABETH DEGROOT, (ATTORNEY        :
IN FACT FOR) ROGER DEGROOT,         :   Civil Action
                                    :   02-cv-03577
                Plaintiff           :
        vs.                         :
                                    :
METROPOLITAN LIFE INSURANCE         :
COMPANY, and                        :
LUCENT TECHNOLOGIES, INC.,          :
                                    :
                Defendants          :
```

O R D E R

NOW, this 24th day of February, 2003, upon consideration of defendants' Motion for Summary Judgment filed February 10, 2003; upon consideration of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment; upon consideration of the joint exhibits submitted in connection with the summary judgment motion; after oral argument held this date; and for the reasons articulated simultaneously on the record,

IT IS ORDERED that defendants' Motion for Summary Judgment is granted.

IT IS FURTHER ORDERED that plaintiff's complaint is dismissed.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge