IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIZABETH DEGROOT
 ATTORNEY IN FACT FOR ROGER
 DEGROOT,

      Plaintiff             Civil Action
                           No. 02-CV-3577
   v.

METROPOLITAN LIFE INSURANCE
 COMPANY, and

LUCENT TECHNOLOGIES INC.,

      Defendants

O R D E R

NOW, this 21st day of May, 2003, upon consideration of the Unopposed Motion to Extend Discovery and Trial Date filed by plaintiff on January 11, 2003; it appearing that on February 25, 2003 the undersigned granted defendants' motion for summary judgment and dismissed plaintiff's complaint,

IT IS ORDERED that the motion is denied as moot.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge